```
1  JONATHAN O. PENA, ESQ.
2  CA Bar ID No. 278044
3  Peña & Bromberg, PLC
   3467 W. Shaw Ave., Ste 100
4  Fresno, CA  93711
5  Telephone: 559-412-5390
   Fax: 866-282-6709
6  info@jonathanpena.com
7  Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paeng   See,<br><br>    Plaintiff,<br><br>    vs.<br><br>Michelle King, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>    Defendant. | Case No. 1:24-cv-01516-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from March 13, 2025 to May 12, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

1 Michelle King became the Acting Commissioner of Social Security on January 23, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of March 10, 2025 and March 17, 2025, Plaintiff's Counsel has fifteen Merit Briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 4, 2025     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
   JONATHAN OMAR PENA
   Attorneys for Plaintiff

Dated: March 4, 2025     PHILLIP A. TALBERT
                         United States Attorney
                         MATHEW W. PILE
                         Associate General Counsel
                         Office of Program Litigation
                         Social Security Administration

By:  *\*/s/ Justin Lane Martin*
   Justin Lane Martin
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on March 4, 2025)

2

## ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   **March 5, 2025**                            **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE