# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAENG SEE, | ) Case No.: 1:24-cv-01516 JLT GSA |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING THE COMMISSIONER'S REQUEST TO AFFIRM, AND REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | ) ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| | ) (Docs. 15, 17, 20) |

Paeng See seeks judicial review of the administrative decision denying her application for supplemental security income under Title XVI of the Social Security Act, asserting the administrative law judge's mental residual functional capacity[1] determination was not supported by substantial evidence. (*See generally* Docs. 1, 15.) The magistrate judge found that the ALJ erred in evaluating the evidence; in particular, the non-examining assessments of State agency consultants, Drs. Bergmann-Harms and Virk, which "largely supported" the ALJ's determinations, and the opinion of examining doctor, Tania Shertock, Ph.D, which the ALJ found "not persuasive." (*See* Doc. 20 at 9-13; AR 24.)

The magistrate judge further emphasized that all three medical opinions predated Plaintiff's

---

[1] Residual functional capacity (RFC) is "the most [one] can still do despite [his or her] limitations." 20 C.F.R. § 416.945(a)(1).

1

ileostomy in September 2022, a "significant development causing Plaintiff worsening depression and pain." (Doc. 20 at 9; *see also id.* at 9-13.) The magistrate judge found remand was appropriate for the ALJ to "conduct a new hearing, issue a new decision, develop the record as necessary, and otherwise conduct further proceedings…." (*Id.* at 13.) Therefore, the magistrate judge recommended the Court grant Plaintiff's motion for summary judgment and remand the matter. (*Id.* at 13-14.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 20 at 14.) The Court also advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated December 22, 2025 (Doc. 20) are **ADOPTED** in full.

2. Plaintiff's motion for summary judgment (Doc. 15) is **GRANTED**.

3. Defendant's cross-motion to affirm the administrative decision (Doc. 17) is **DENIED**.

4. The matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Court's findings.

5. The Clerk of Court is **DIRECTED** to terminate all pending motions; to enter judgment in favor of Plaintiff Paeng See and against Defendant Commissioner of Social Security; and to close this case.

IT IS SO ORDERED.

Dated:   __**January 16, 2026**__                                    _____
                                                                                            UNITED STATES DISTRICT JUDGE

2